UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) No.   4:16 CR 173 HEA |
| RUSSELL EUGENE VINCENT, | ) ) ) |
| Defendant. | ) ) |

## DETENTION ORDER

On the record made in open court May 12, 2016, defendant RUSSELL EUGENE VINCENT, with the advice of counsel, waived his right to detention hearing, which waiver was knowing, intelligent, and voluntary.   I have considered the record, including the report of the Pretrial Services Office (Doc. 8), and all the factors required by the Bail Reform Act, 18 U.S.C. § 3142(g), and I find at this time that there is no condition or combination of conditions of release that will reasonably assure the court that defendant will appear in court as required and will not endanger the safety of the community.   18 U.S.C. § 3142(b), (c).

Therefore,

**IT IS HEREBY ORDERED** that the motion of the United States for the pretrial detention of defendant RUSSELL EUGENE VINCENT (Doc. 5) is sustained. Defendant is committed to the custody of the Marshals Service for confinement in a corrections facility, separate to the extent practicable from persons waiting trial, serving sentences, or being held in custody pending appeal.   This detention order is subject to reconsideration on motion of the defendant.

**IT IS FURTHER ORDERED** that defendant is to be allowed reasonable opportunity for consultation with counsel and with defense counsel's retained

investigator, paralegal, or other retained expert consultant, including persons retained to conduct physical or psychological examinations.

**IT IS FURTHER ORDERED** that on order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined must deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

                                           **/S/   David D. Noce**
                                           **UNITED STATES MAGISTRATE JUDGE**

**Signed on May 12, 2016.**