UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 4:16 CR 173 HEA (SPM) |
| | ) | |
| RUSSELL EUGENE VINCENT, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES OF AMERICA'S DISCLOSURE OF ARGUABLY-SUPPRESSIBLE EVIDENCE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 12(b)(4)

COMES NOW the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Sayler A. Fleming, Assistant United States Attorney for said District, and makes the following disclosures pursuant to Federal Rule of Criminal Procedure 12(b)(4):

At trial, the United States intends to use the evidence seized and statements made by the Defendant and others as a result of the arrest made in this case.  This evidence is fully described in the discovery which has been provided to the attorney for the Defendant under separate cover.

As additional evidence is found and as supplemental information comes to the United States' attention, the United States will provide notice to the defense of its intention to use such additional evidence.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney


 /s/ Sayler A. Fleming
SAYLER A. FLEMING, #58775MO
Assistant United States Attorney
111 S. 10th Street, 20th Floor
St. Louis, Missouri   63102
(314) 539-2200
sayler.fleming@usdoj.gov


**CERTIFICATE OF SERVICE**

    I hereby certify that on May 13, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

    All Attorneys of Record for Defendant.


 /s/ Sayler A. Fleming
SAYLER A. FLEMING, #58775MO
Assistant United States Attorney